**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

## THE STATE OF SOUTH CAROLINA
### In The Supreme Court

Oshawn J. Robinson, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2014-000933
Lower Court Case No. 2012-CP-23-07606

———————————

Appeal From Greenville County
The Honorable C. Victor Pyle, Jr., Circuit Court Judge
The Honorable G. Edward Welmaker, Post Conviction
Judge

———————————

Memorandum Opinion No. 2015-MO-018
Submitted March 19, 2015 – Filed April 15, 2015

———————————

### REVERSED AND REMANDED

———————————

Senior Appellate Defender Wanda H. Carter, of
Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Senior
Assistant Attorney General Karen Christine Ratigan, of
Columbia, for Respondent.

———————————

**PER CURIAM:**  Petitioner seeks a writ of certiorari from the dismissal, after a hearing, of his application for post-conviction relief (PCR).  By separate opinion of this same date, we reversed the denial of PCR for petitioner's codefendant, Kenneth Workman.  *See Workman v. State*, Op. No. 27514 (S.C. Sup. Ct. dated April 15, 2015).  For the same reason set forth therein, we grant this petition for a writ of certiorari, dispense with further briefing, reverse the PCR judge's denial of relief, and remand for a new trial in petitioner's criminal case as well.

**REVERSED AND REMANDED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**